UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ACQUINETTA LUMZY,**

 **Plaintiff,**

v.                Case No. 3:23cv22581-TKW-HTC

**JOHN DOES 1-19 and
JANE DOES 20-21,**

 **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with court orders.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 3rd day of November, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**